Frank Killian, Respondent, v. Henry Blumgarten, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Matthew J. Lesnick, Respondent, v. Stephen H. Searles, Appellant.—Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Deeb Lutfy, Respondent, v. Edgar D. Starbuck, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs. See *Lutfy* v. *Sullivan* (119 App. Div. 506) decided herewith. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Herman Rowe, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Hyman Sussman and Alexander Sussman, etc., Appellants, v. Joe Varucchie, Respondent.— The judgment herein, and the order denying plaintiff's motion to vacate the judgment, reversed, and cause restored to the calendar of the Municipal Court, without costs of this appeal. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Joseph Winograd, Appellant, v. Samuel Epstein, Respondent.— If there was a breach of the contract by the defendant, the plaintiff was entitled to recover the payments made and the difference between the contract price and the value of the goods at the time and place of delivery. The payment of fifty dollars was conceded, and the evidence that the goods were worth fifty dollars more than the contract price was not disputed. It was, therefore, error to give judgment for only the sum of fifty dollars. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Frederick P. Mundschenck, Respondent, v, Quick Transit Company, Appellant.— Judgment of the Municipal Court affirmed by default, with costs. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.